UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDERICK WILLIAM LORE, JR.,

                Plaintiff,

-v.-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *also known as STATEFARM*,

                Defendant.

24 Civ. 1032 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

After reviewing the Complaint in this action, which alleges that (i) Plaintiff is a resident of Westchester County (*see* Compl. ¶ 1); (ii) the agent who issued the insurance policy that is the subject of this lawsuit is located in Westchester County (*id.* ¶ 4); and (iii) the events giving rise to this action took place in Westchester County (*id.* ¶¶ 5-6), it appears that this action should have been assigned to the White Plains Courthouse. *See* Rules for the Division of Business Among District Judges, Southern District of New York, Rule 18(a).

Accordingly, pursuant to Rule 18(a) of the Rules for the Division of Business Among District Judges, and in the interest of justice and sound judicial administration, it is hereby:

ORDERED that the Clerk of Court is directed to reassign this case to the White Plains Courthouse.

SO ORDERED.

Dated: February 21, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2